## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 23-778 (SDW) |
| ROBERT WESTBROOK | : | **FILED UNDER SEAL** |

### SEALING ORDER

This matter having come before the Court upon the application of the United States of America (Samantha C. Fasanello and Emma Spiro, Assistant U.S. Attorneys, appearing), for a sealing order regarding the above-captioned Indictment and matter, and good cause having been shown,

IT IS, on this 29th day of September, 2023,

ORDERED that, except for such copies of the arrest warrant and Indictment as are necessary to accomplish the arrest warrant's purpose, and, if necessary, to effectuate the extradition of the defendant to the United States, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of this Court.

HONORABLE JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE