UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Crim. No. 23-CR-779 (SDW) |
| ROBERT WESTBROOK | : | |

## **UNSEALING ORDER**

THIS MATTER having come before the Court on the application of the United States for unsealing of the docket in Criminal Number 23-779;

and it appearing that the Indictment was filed under seal on or about September 29, 2023 pending execution of the arrest warrant;

and it appearing that defendant Robert Westbrook has been arrested in the United Kingdom pursuant to the arrest warrant issued in this matter;

and for good cause shown;

IT IS on this __27th__ day of September, 2024;

ORDERED that the Indictment and corresponding criminal docket in 23-cr-779 is hereby UNSEALED.

_____
HON. SUSAN D. WIGENTON
United States District Judge